UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TYSON CHRISTOPHER BIVINS, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) Nos.: 3:09-CR-013-TAV-HBG-1 |
| | ) 3:11-CV-369-TAV-HBG |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, petitioner's motion to amend is **DENIED**, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed in forma pauperis on appeal.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT